632

Wladyslawa Jankowski and John Jankowski, appellants, v. Polish Roman Catholic Union of America, appellee. Gen. No. 34,240.

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed October 14, 1930.

Trainor & Trainor, for appellants. Christian C. H. Zillman and John S. Rybicki, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

Katherine S. Kempf, appellee, v. Edward Levin, trading as North Star Loan Bank, appellant. Gen. No. 34,252.

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed October 14, 1930.

Freundlich & Froehlich, for appellant; Alfred Beck, of counsel. Watkins, TenHoor & Gilbert and Jay Stough, for appellee; Theodore C. Diller, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

Fire Protection Securities Company, appellee, v. Fire Protection Company, appellant. Gen. No. 34,262.

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed October 14, 1930.

McKay, Resa & Russell, for appellant. Cutting, Moore & Sidley, for appellee; John Paulding Brown, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

Fire Protection Securities Company, appellee, v. Fire Protection Company, appellant. Gen. No. 34,263.

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed October 14, 1930.

McKay, Resa & Russell, for appellant. Cutting, Moore & Sidley, for appellee; John Paulding Brown, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

Minnie Dashner, appellee, v. Federal Life Insurance Company, appellant. Gen. No. 34,274.

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed October 14, 1930.